**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------

| | |
|---|---|
| SHIVA STEIN, | : |
| | : |
| Plaintiff, | : Civ. No.  1:22-cv-10063 |
| | : |
| v. | : |
| | : |
| ALTRA INDUSTRIAL MOTION CORP., | : |
| CARL R. CHRISTENSON, LYLE G. | : |
| GANSKE, J. SCOTT HALL, NICOLE | : |
| PARENT HAUGHEY, DR. MARGOT L. | : |
| HOFFMAN, THOMAS W. SWIDARSKI, LA | : |
| VONDA WILLIAMS, JAMES H. | : |
| WOODWARD, JR., | : |
| | : |
| Defendants. | : |

------------------------------------------------------------ :

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-

captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with

the Court before service by Defendants of either an answer or a motion for summary judgment,

Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  January 18, 2023                         Respectfully submitted,

                                                          **MELWANI & CHAN LLP**

                                                          /s *Gloria Kui Melwani*
                                                          Gloria Kui Melwani (GM5661)
                                                          1180 Avenue of the Americas, 8th Floor
                                                          New York, New York 10036
                                                          Tel: (212) 382-4620
                                                          Email:  gloria@melwanichan.com

                                                          *Attorneys for Plaintiff*